AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

FILED
APR 21 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH STAMPS,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  4:16 MJ 1128 JMB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 21, 2016__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

Dewitt Edwards, Florissant Police Department
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  04/21/2016

*Judge's signature*

City and state:  St. Louis, Missouri

Honorable John M. Bodenhausen, U.S. Magistrate Judge
*Printed name and title*